ACCEPTED
01-14-00723-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/29/2014 11:48:46 AM
CHRISTOPHER PRINE
CLERK

## CAUSE NO. 01-14-00723-CV

**IN THE COURT OF APPEALS FOR THE FIRST DISTRICT OF TEXAS AT HOUSTON**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/29/2014 11:48:46 AM
CHRISTOPHER A. PRINE
Clerk

**THE STATE OF TEXAS,**
Appellant,

**V.**

**KNA PARTNERS, INC., A TEXAS JOINT VENTURE**
Appellee.

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

Appellant, the State of Texas, presents this Motion pursuant to Rules 10.5(b) and 38.6(d) of the Texas Rules of Appellate Procedure and respectfully moves the court for an extension of time to file Appellant's Brief. As grounds for this Motion, Appellant would respectfully show the Court the following:

1. Appellant's Brief is due to be filed on December 29, 2014.

2. Appellant requests an extension of time to file its Brief until Wednesday, January 28, 2015, which is 30 days after the current due date of December 29, 2014.

3. This is Appellant's first request for extension of time to file its Brief.

4.     Appellant needs an extension of time to file its Brief because the undersigned appellate counsel Susan Desmarais Bonnen was not counsel in the trial court, and needs additional time to review the lengthy appellate record. In addition, time constraints on State's counsel have made it impossible to complete the State's Brief by December 29, 2014. The office of State's counsel has been closed on five weekdays for the Thanksgiving and Christmas holidays and State's counsel has had to take off numerous additional days due to the extended illness and death of her father.

For these reasons, Appellant respectfully requests that the Court grant an extension for filing Appellant's Brief until Wednesday, January 28, 2015.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

DAVID C. MATTAX
Deputy Attorney General for Defense Litigation

RANDALL K. HILL
Assistant Attorney General
Chief, Transportation Division

/S/ Susan Desmarais Bonnen
SUSAN DESMARAIS BONNEN
State Bar No. 05776725

susan.bonnen@texasattorneygeneral.gov
PHILIP ARNOLD
State Bar No. 24044710
Assistant Attorneys General
P. O. Box 12548
Austin, Texas 78711-2548
512/ 463-2004; FAX 512/ 472-3855

ATTORNEYS FOR APPELLANT,
THE STATE OF TEXAS

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 23, 2014, I conferred with Dixon Montague and he indicated that Appellee is not opposed to the motion.

/S/ Susan Desmarais Bonnen
SUSAN DESMARAIS BONNEN
Assistant Attorney General

## CERTIFICATE OF SERVICE

This is to certify that on this day, December 29, 2014, a true and correct copy of the foregoing *Unopposed Motion for Extension of Time to File Appellant's Brief* has been sent as follows:

Dixon Montague                                    *VIA FACSIMILE (713) 615-5461*
Billy C. Dyer                                          *and E-Service*
David G. Wall
Vinson & Elkins
1001 Fannin Street, Suite 2500
Houston, Texas 77002

ATTORNEY FOR APPELLEE,
KNA PARTNERS, INC., A TEXAS
JOINT VENTURE

/S/ Susan Desmarais Bonnen
SUSAN DESMARAIS BONNEN
Assistant Attorney General